STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
OMAR "RICKY" NASR AHMAD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00374-DLJ |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER |
| vs. | |
| OMAR "RICKY" NASR AHMAD, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Daniel Kaleba, and Defendant OMAR "RICKY" NASR AHMAD ("Mr. Ahmad"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from February 20, 2014, to April 3, 2014, at 9:00 a.m.

1. Mr. Ahmad has been charged in a five (5) count indictment with violations of 18 U.S.C. §§ 1591, 2251 (a), 2252 (a)(2).

2. A status conference before this Honorable Court is currently scheduled for February 20, 2014, at 9:00 a.m.

1

1       3. Additional time is required to conduct investigation, and also to research the
2  possibility of certain pretrial motions.  Counsel for Mr. Ahmad also needs the opportunity to
3  further discuss the facts and pending charges with government counsel, to determine if an
4  appropriate resolution of the matter can be reached.
5       4. Mr. Ahmad respectfully requests that the status hearing be continued as requested, and
6  agrees to the exclusion of time from February 20, 2014, to April 3, 2014, pursuant to 18 U.S.C. §
7  3161 (h)(7)(A).
8       5. Accordingly, the parties request that the status hearing be continued from February
9  20, 2014, to April 3, 2014, at 9:00 a.m.

12  IT IS SO STIPULATED.

                                        Respectfully submitted,

                                        STEVEN G. KALAR
                                        Federal Public Defender


                                         _____/s/_____
17  Dated: February 18, 2014              ROBERT M. CARLIN
                                         Assistant Federal Public Defender


19                                       UNITED STATES ATTORNEY


21  Dated: February 18, 2014              ____/s/_____
                                         DANIEL KALEBA
22                                       Assistant United States Attorney

2

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5

6  Counsel for Defendant
   OMAR "RICKY" NASR AHMAD
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11                                        )
    UNITED STATES OF AMERICA,              )   No. CR 13-00374-DLJ
12                                        )
              Plaintiff,                   )   [] ORDER ON STIPULATION
13                                        )   TO CONTINUE STATUS CONFERENCE
    vs.                                    )
14                                        )
    OMAR "RICKY" NASR AHMAD,               )
15                                        )
              Defendant.                   )
16  _____

17

18       1. Mr. Ahmad has been charged in a five (5) count indictment with violations of 18

19  U.S.C. §§ 1591, 2251 (a), 2252 (a)(2).

20       2. A status conference before this Honorable Court is currently scheduled for February

21  20, 2014, at 9:00 a.m.

22       3. Additional time is required to conduct investigation, and also to research the

23  possibility of certain pretrial motions.  Counsel for Mr. Ahmad also needs the opportunity to

24  further discuss the facts and pending charges with government counsel, to determine if an

25  appropriate resolution of the matter can be reached.

26

                                          3

1    4.  The status hearing in this matter shall be continued from February 20, 2014, to April
2 3, 2014, at 9:00 a.m., and time shall be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A).

4        IT IS SO ORDERED.

5    Dated: February __FJ_____ 2014    _____
6                                        HON. D. LOWELL JENSEN
                                         United States District Judge