1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
6  Counsel for Defendant
   OMAR "RICKY" NASR AHMAD
7
8
9           IN THE UNITED STATES DISTRICT COURT
10          FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION
12
   UNITED STATES OF AMERICA,        )
13                                   )   No. CR 13-00374-DLJ
              Plaintiff,             )
14                                   )   STIPULATION TO CONTINUE STATUS
   vs.                               )   CONFERENCE; [] ORDER
15                                   )
   OMAR "RICKY" NASR AHMAD,          )
16                                   )
              Defendant.             )
17  _____

18       Plaintiff United States of America, by and through Assistant United States Attorney

19  Daniel Kaleba, and Defendant OMAR "RICKY" NASR AHMAD ("Mr. Ahmad"), by and

20  through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate

21  that the status conference in this case should be continued from April 3 to May 29, 2014, at 9:00

22  a.m.

23       1. Mr. Ahmad has been charged in a five (5) count indictment with violations of 18

24  U.S.C. §§ 1591, 2251 (a), 2252 (a)(2).

25       2. A status conference before this Honorable Court is currently scheduled for April 3,

26  2014, at 9:00 a.m.

                                    1

3. Counsel for Mr. Ahmad has recently requested additional discovery from the government, and whether or when that discovery will be produced has yet to be resolved. Mr. Ahmad also needs additional time to continue ongoing investigation.

4. Mr. Ahmad respectfully requests that the status hearing be continued as requested, and agrees to the exclusion of time from April 3 to May 29, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

5. Accordingly, the parties request that the status hearing be continued from April 3 to May 29, 2014, at 9:00 a.m.

IT IS SO STIPULATED.

                Respectfully submitted,

                STEVEN G. KALAR
                Federal Public Defender

Dated: March 27, 2014       ___/s/_____
                ROBERT M. CARLIN
                Assistant Federal Public Defender

                UNITED STATES ATTORNEY

Dated: March 27, 2014       ___/s/_____
                DANIEL KALEBA
                Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
OMAR "RICKY" NASR AHMAD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>Plaintiff,  )<br>   )<br>vs.  )<br>   )<br>OMAR "RICKY" NASR AHMAD,  )<br>   )<br>Defendant.  ) | No. CR 13-00374-DLJ<br><br>[] ORDER ON STIPULATION<br>TO CONTINUE STATUS CONFERENCE |

   1. Mr. Ahmad has been charged in a five (5) count indictment with violations of 18 U.S.C. §§ 1591, 2251 (a), 2252 (a)(2).

   2. A status conference before this Court is currently scheduled for April 3, 2014, at 9:00 a.m.

   3. Counsel for Mr. Ahmad has recently requested additional discovery from the government, and whether or when that discovery will be produced has yet to be resolved.  Mr. Ahmad also needs additional time to continue ongoing investigation.

1    4. The status hearing in this matter shall be continued from April 3, 2014, to May 29, 2014, at 9:00 a.m., and time shall be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A).

IT IS SO ORDERED.

Dated: _____ 2014

_____
HON. D. LOWELL JENSEN
United States District Judge