MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

AMIE D. ROONEY (CABN 215324)
PHILIP A. GUENTERT (CABN 14734)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   Amie.Rooney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR13-0374-DLJ |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING DEADLINES FOR THE FILING OF MOTIONS |
| v. | |
| OMAR "RICKY" NASR AHMAD, | |
| Defendant. | |

      On September 25, 2014, the parties are scheduled to appear for a motions hearing before this Court. In this matter, and as discussed with the Court at the status hearing on September 4, 2014, the parties are still working to provide all requested discovery that is not contraband to the defense. This process involves the redaction of a large quantity of visual material, and follow-up investigation for both parties. Therefore, the government and defense require additional time to prepare for the submission of the pre-trial motions.

      The parties hereby request this Court adjust the normal schedule and deadlines for the submission of motions and responses in advance of the hearing for September 25, 2014. The parties request that motions be filed on or before September 16, 2014, and responses to the motions be filed on

or before September 22, 2014.

Respectfully submitted,

DATED: September 8, 2014						MELINDA HAAG
								United States Attorney

								/s/_____
								AMIE D. ROONEY
								PHILIP A. GUENTERT
								Assistant United States Attorneys


								/s/_____
								ROBERT CARLIN
								Attorney for Defendant


## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that any motions of the parties to be heard and considered by the Court on September 25, 2014, be filed on or before September 16, 2014, and responses to the motions be filed on or before September 22, 2014.

IT IS SO ORDERED.

DATED:

								_____
								D. LOWELL JENSEN
								UNITED STATES DISTRICT JUDGE