AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Supervised Release) |
| **v.** | ) |
| Omar Ricky Nasr Ahmad | ) USDC Case Number:  CR-13-00374-001 JD |
| | ) BOP Case Number:  DCAN413CR00374-001 |
| | ) USM Number:  65358-112 |
| | ) Defendant's Attorney:  John Jordan |

## THE DEFENDANT:

☑ admitted guilt to Charges One through Six of the Amended Petition for Summons for Person Under Supervision filed with the Court on April 20, 2021.

☐ was found in violation of condition(s):  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Shall Not Use a Computer | January 13, 2021 |
| Two | Shall Not Access the Internet | January 13, 2021 |
| Three | Shall Not View Pornography | January 13, 2021 |
| Four | Shall Not Commit Another Federal, State or Local Crime | January 25, 2021 |
| Five | Shall Not Use a Controlled Substance | April 7, 2021 |
| Six | Shall Not Leave the Judicial District | April 4, 2021 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ Charge Number Seven is dismissed on motion of the United States.

　　　It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  9843

4/28/2021
Date of Imposition of Judgment

Defendant's Year of Birth:  1985

Signature of Judge

City and State of Defendant's Residence:
San Francisco, California

The Honorable James Donato
United States District Judge
Name & Title of Judge

5/5/2021
Date Signed

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  Omar Ricky Nasr Ahmad                                              Judgment - Page 2 of 2
CASE NUMBER:  CR-13-00374-001 JD

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Ten (10) months, with no supervised release to follow

☐ The Court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.
Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ am ☐ pm  on (no later than 2:00 pm).

☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ at _____ ☐ am ☐ pm  on (no later than 2:00 pm).

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL